UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. ACINELLI, JR., <br><br> Plaintiff, <br><br> v. <br><br> ULYSSES VILLAMIL BANIGA, et al., <br><br> Defendants. | **CASE NO. 1:15-cv-01616-MJS (PC)** <br><br> **ORDER STRIKING PLAINTIFF'S MOTION FOR SANCTIONS** <br><br> **(ECF No. 16)** <br><br> **CLERK TO STRIKE ECF NO. 16 AND RETURN TO PLAINTIFF** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Discovery is currently open. (ECF No. 15.) On May 25, 2017, Plaintiff filed a motion seeking sanctions against Defendants for perceived discovery violations. (ECF No. 16.) His motion consists of more than 300 pages of medical records, request forms, and other documents. He does not state a basis for his request for sanctions.

The filing will be stricken. Plaintiff may not file evidence with the Court unless and until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court.) The Court will not serve as a repository for Plaintiff's evidence. If Plaintiff continues to file such successive and

unwarranted submissions, he may be subject to sanctions, to include monetary sanctions, sanctions striking all or part of his claims, or the like. See <u>Thompson v. Housing Auth.</u>, 782 F.2d 829, 831 (9th Cir. 1986) (holding that in exercising its power to control its own docket, the Court may impose sanctions).

Accordingly, the Clerk of Court is directed to STRIKE ECF No. 16 and return the same to Plaintiff.

IT IS SO ORDERED.

Dated: May 26, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE